# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2660
LT Case No. 2021-CA-259

_____

DINA BRIFMAN and JOSIF
BRIFMAN,

    Appellants,

    v.

HERITAGE PROPERTY &
CASUALTY INSURANCE COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

John J. Spence, of Jack Spence Law, PLLC, St. Augustine, for
Appellants.

Carol M. Rooney, of Butler Weihmuller Katz Craig LLP, Tampa,
for Appellee.

July 16, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____